IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-23-0147 |
| KARA GASPER | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender for the District of Maryland, James Wyda, and Assistant Federal Public Defender Laura Ginsberg Abelson hereby move this Honorable Court for an Order allowing the Office of the Federal Public Defender to withdraw as counsel for Kara Gasper and in support whereof state the following:

1. On May 19, 2023, the Office of the Federal Public Defender was appointed to represent Ms. Gasper.

2. A conflict of interest now exists which necessitates withdrawal by the Office of the Federal Public Defender.

**WHEREFORE**, it is requested that this Honorable Court allow the Federal Public Defender for the District of Maryland to withdraw as counsel for Ms. Gasper and that an attorney from the Criminal Justice Act panel be appointed to represent her in this matter.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
for the District of Maryland

_____/s/_____
LAURA GINSBERG ABELSON
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: laura_abelson@fd.org